UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LM INSURANCE CORPORATION

                        Plaintiff,                    JUDGMENT
                                                                    21-cv-1802(KAM)(RML)

    v.

SAFETY NATIONAL CASUALTY
CORPORATION, and CINCINNATI
INSURANCE COMPANY,

                        Defendants.
--------------------------------------------------------X

      An Order of the Honorable Kiyo Matsumoto having been entered on March 24, 2025, denying Safety National Casualty Corporation's motion for attorney's fees in the Declaratory Judgment Action and granting Safety National Casualty Corporation's motion for attorney's fees in the Underlying Action; it is

      Ordered and Adjudged that Judgment is entered in favor of Safety National Casualty Corporation and against Cincinnati Insurance Company, in the amount of $102,620.45 in attorney's fees, which includes prejudgment interest at a rate of nine percent per annum since July 1, 2021, plus post-judgment interest as prescribed in 28 U.S.C. § 1961.

Dated:  March 24, 2025                                      s/Brenna B. Mahoney
       Brooklyn, New York                           Brenna B. Mahoney
                                                           Clerk of Court